United States District Court
for the
District of Rhode Island

SAM and TONY NI., by Next Friend Gregory C. Elliott; CAESAR S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE, and DEANNA H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B., by Next Friend Gregory C. Elliott; for themselves and those similarly situated,

Plaintiffs,

v.

DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE A. HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families,

Defendants.

CA 07 241 L

Class Action

Civil Action No. ________

Declaration of Marcia Robinson Lowry in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel

I, MARCIA ROBINSON LOWRY, do hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am submitting this declaration in support of Plaintiff Children's Motion for Class Certification.

2. I am the Executive Director of Children's Rights, a national non-profit advocacy organization devoted to helping reform child welfare systems on behalf of abused and neglected children. Along with other attorneys on my staff, whom I supervise, I represent Plaintiff Children in this matter.

3. Though my organization has the resources to adequately represent the proposed Class, if necessary, we are assisted in this matter by the considerable legal resources of the Rhode Island Office of the Child Advocate, the law firm of Weil, Gotshal & Manges LLP, and the law office of John Dineen, Esquire.

4. The Rhode Island Office of the Child Advocate is an independent and autonomous Rhode Island state agency responsible for protecting the legal rights and interests of children in state care, and empowered to bring legal action on their behalf. *See also* Exhibit B, Declaration of Jametta O. Alston in Support of Motion for Class Certification.

5. Weil, Gotshal & Manges LLP is a private law firm with more than 1,100 lawyers and offices worldwide, including a non-litigating office in Providence. The firm has extensive experience in complex civil litigation including class action litigation. The firm is also extensively involved in pro bono matters, which have included work in housing discrimination, political asylum, neighborhood and community development, the rights of the disabled, criminal appeals, AIDS, battered women, educational standards, and the rights of children. The firm's pro bono efforts have garnered international recognition from organizations such as the Legal

Aid Society of New York and the NAACP, and from publications including *Legal 500 Paris* and *The Lawyer*.

6. Rhode Island attorney John Dineen is a licensed Rhode Island attorney with substantial experience litigating civil rights matters in federal courts. Mr. Dineen has litigated constitutional claims on behalf of foster children in Rhode Island before, serving as co-counsel in *Office of Child Advocate v. Lindgren*, C.A. No. 86-0723 L (D.R.I. 1986), a successful challenge to DCYF's practice of placing children in its custody in dangerous night-to-night placements.

7. For more than 30 years, I have been litigating and directing the litigation of class action child welfare reform cases alleging claims similar to those alleged by Plaintiff Children in the present action. Other Children's Rights attorneys assigned to this case also have years of experience with Children's Rights prosecuting similar cases in other jurisdictions. Associate Director Susan Lambiase, who is serving as Lead Counsel on this case, has for the past 13 years actively participated in the prosecution of numerous child welfare class actions, including class actions brought on behalf of the foster children in the following jurisdictions: Kansas City, Missouri; New Mexico; New York City; Philadelphia; New Jersey; Mississippi; and Michigan. She has been a practicing litigator for the last 21 years.

8. In the last five years, Children's Rights attorneys have achieved system-wide federal court settlements in lawsuits asserting significant deficiencies in the child welfare systems of Mississippi, New Jersey, and metropolitan Atlanta, Georgia. We are monitoring broad-ranging federal court orders requiring reform of the child welfare systems in these jurisdictions and also in Connecticut, Washington, D.C., Milwaukee, Wisconsin, and Tennessee. We are also currently engaged in active litigation regarding systemic deficiencies in the child

welfare system operated by the state of Michigan. We have successfully terminated similar lawsuits in Kansas City, Missouri; New Mexico; Philadelphia; and New York City.

9. As a result of our extensive experience, and our current research, Plaintiff Children's counsel are knowledgeable about the applicable law, both in the First Circuit and in federal courts nationally.

10. Children's Rights attorneys, working closely with attorneys from the Rhode Island Office of the Child Advocate and Weil, Gotshal & Manges LLP, have engaged in a several-month, in-depth investigation of Rhode Island's child welfare system. Hundreds of attorney hours have been spent meeting with sources knowledgeable about Rhode Island's system, compiling and analyzing relevant facts and documentation, and researching and developing the legal claims alleged in Plaintiff Children's Class Action Complaint. We are fully prepared to prosecute this matter on behalf of the named Plaintiffs and proposed class.

June 25, 2007

MARCIA ROBINSON LOWRY