**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF COUNCIL**

Now come the Defendants and request an additional fourteen (14) days or up to and including September 10, 2007, to respond to Plaintiffs' Motion for Class Certification and Appointment of Council. The Defendants' need the additional time as the Complaint is extensive and contains various issues. Additionally, Defendants' counsels have scheduled out of state vacations. Plaintiffs' counsels have no objection.

Wherefore, Defendants pray that this Motion is granted.

Respectfully Submitted,
DEFENDANTS

By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 15th of August, 2007 to the attorney(s) of record listed below:

**John William Dineen, Esq.**
jwdineen1@yahoo.com

**Jametta O. Alston, Esq.**
jalston@gw.doa.state.ri.us

**/s/ Brenda D. Baum**