**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-241 L** |
| | ) | |
| **DONALD L. CARCIERI et al** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION OF THE PARTIES**

By agreement of the parties,

1) Plaintiffs do not object to the Defendants' request for extension of time through September 10, 2007, within which to respond to the Complaint and the Motion for Class Certification.

2) Defendants have no objection to the three pending motions for admission pro hac vice.

Plaintiffs,

By their Attorneys,

/s/ Jametta O. Alston

JAMETTA O. ALSTON (Bar No. 3909)
OFFICE OF CHILD ADVOCATE
John O. Pastore Center
57 Howard Avenue, 4th Floor
Cranston, RI 02920
Tel. (401) 462-4300
Fax (401) 462-4305
e-mail jalston@gw.doa.state.ri.us

/s/ John W. Dineen________________
JOHN W. DINEEN (Bar No. 2346)
305 S. Main St.
Providence, RI 02903
Tel. (401) 223-2397
Fax (401) 223-2399
e-mail jwdineen1@yahoo.com

Defendants
By their Attorneys,

/s/ Brenda Baum___________________
BRENDA BAUM (Bar No.5184)
Special Assistant Attorney General
Dept. of the Attorney General
150 South Main Street
Providence RI 02903
Tel. 401.274.4400 x 2294
Fax. 401.222.3016
e-mail bbaum@riag.ri.gov

**CERTIFICATION**

On August 23, 2007, I sent a copy of this stipulation to Brenda Baum at the Department of the Attorney General and received her permission to add her e-signature.

/s/ John W. Dineen______
John W. Dineen