**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE ITS RESPONSES TO PLAINTIFFS' COMPLAINT AND MOTION TO CERTIFY A CLASS AND APPOINTMENT OF COUNSEL**

Now come the Defendants and request an additional fourteen (14) days or up to and including September 24, 2007, to respond to Plaintiffs' Complaint and motion to certify a class and appointment of counsel. The Defendants' responses are due to be filed on September 10, 2007. For the reasons set forth in the accompanying memorandum of law, the Defendants pray that this Motion is granted.

Respectfully Submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 4th of September 2007 to the attorney(s) of record listed below:

**John William Dineen, Esq.**
jwdineen1@yahoo.com

**Jametta O. Alston, Esq.**
jalston@gw.doa.state.ri.us

/s/ Brenda D. Baum

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS' MOTION TO EXTEND TIME**
**TO FILE ITS RESPONSES TO PLAINTIFFS' COMPLAINT**
**AND MOTION TO CERTIFY A CLASS**

Now come the Defendants and request an additional fourteen (14) days or up to and including September 24, 2007, to respond to Plaintiffs' Complaint and Motion to Certify a Class. The Defendants' response is due to be filed on September 10, 2007.

The Plaintiffs filed the instant eighty-three (83) page Complaint, consisting of two hundred thirty-nine (239) paragraphs and six (6) causes of actions. Plaintiffs' Complaint alleges that the State (1) violated their substantive due process rights (Complaint ¶¶ 219-223 (Count I) and ¶¶ 224-227 (Count II)); (2) violated Plaintiffs rights guaranteed under the First, ninth and Fourteenth Amendments to the United States Constitution (Complaint

¶¶228-229 (Count III)); violates the Adoption Assistance and Child Welfare Act of 1980 (Complaint ¶¶ 230-231 (Count IV)); deprives Plaintiffs of procedural due process (Complaint ¶¶ 232-235 (Count V)); and breaches Rhode Island's State Plan with the federal government regarding the provision of child welfare, foster care and adoption services (Complaint ¶¶ 236-238 (Count VI)). The Plaintiffs also seek to have this Court certify the case as a class action and have filed a twenty-five (25) page memorandum in support of class certification and appointment of class counsel.

The Defendants are seeking an additional two (2) weeks or up to and including September 24, 2007 to file its responses to Plaintiffs' Complaint and Motion to Certify a Class and Appointment of Counsel. The responses were originally due to be filed on August 27, 2007 but by agreement of the parties an assented to motion was filed extending the time to September 10, 2007. The Defendants are asking for a final additional two-week extension. Responses to the Complaint and class certification require extensive research on the numerous issues presented. Several counsel were out of state during this period on prescheduled, court approved vacations. Lastly, the undersigned was ill for a week during the time period.

Wherefore, the Defendants pray that this Honorable Court grant this motion and extend the time to September 24, 2007 to file their responses to Plaintiffs' Complaint and Motion for Class Certification and Appointment of Counsel.

Respectfully Submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 4th of September 2007 to the attorney(s) of record listed below:

**John William Dineen, Esq.**
jwdineen1@yahoo.com

**Jametta O. Alston, Esq.**
jalston@gw.doa.state.ri.us

**/s/ Brenda D. Baum**