Case 1:07-cv-00241-L-LDA Document 10 Filed 08/23/2007 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., et al** <br> **Plaintiffs,** <br> **v.** <br> **DONALD L. CARCIERI et al** <br> **Defendants.** | ) | **Civil Action No. 07-241 L** |

**STIPULATION OF THE PARTIES**

By agreement of the parties,

1) Plaintiffs do not object to the Defendants' request for extension of time through September 10, 2007, within which to respond to the Complaint and the Motion for Class Certification.

2) Defendants have no objection to the three pending motions for admission pro hac vice.

Plaintiffs,

By their Attorneys,

/s/ Jametta O. Alston
JAMETTA O. ALSTON (Bar No. 3909)
OFFICE OF CHILD ADVOCATE
John O. Pastore Center
57 Howard Avenue, 4th Floor
Cranston, RI 02920
Tel. (401) 462-4300
Fax (401) 462-4305
e-mail jalston@gw.doa.state.ri.us

Enter: Ronald R. Lagueux
Sr. USDJ 9/11/07