**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS ASSENTED TO MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO PLAINTIFFS' COMPLAINT**

Now come the Defendants and request an additional fourteen (14) days or up to and including September 10, 2007, to respond to Plaintiffs' Complaint. The Defendants' request the additional time as the Complaint is extensive and contains various issues. Additionally, Defendants' counsels have scheduled out of state vacations. Plaintiffs' counsels have no objection.

Wherefore, Defendants pray that this Motion is granted.

Granted: Ronald R. Lagueux
Sr. USDJ 9/11/07