**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B., by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | |
| **v.** | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | |

**DEFENDANTS ASSENTED TO MOTION TO EXTEND TIME TO FILE ITS RESPONSES TO PLAINTIFFS' AMENDED COMPLAINT AND MOTION TO CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL**

Now come the Defendants and request an extension of time or up to and including October 1, 2007 to respond to Plaintiffs' Amended Complaint and Motion for Class Certification and Appointment of Counsel. The Defendants' request the additional time as Plaintiffs filed an Amended Complaint on September 7, 2007. The Amended Complaint is extensive and contains various issues. Plaintiffs' counsels have no objection.

Wherefore, Defendants pray that this Motion is granted.

Granted: Ronald R. Lagueux
Sr. USDJ 9/11/07