**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS' MOTION TO EXTEND TIME**
**TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY A CLASS**
**AND APPOINTMENT OF COUNSEL**

Now come the Defendants and request an additional seven (7) days or up to and including October 8, 2007, to respond to Plaintiffs' Motion to Certify a Class and Appointment of Counsel. The Defendants' response is due to be filed on October 1, 2007.

On October 1, 2007 the Defendants will be filing their Motion to Dismiss the Amended Complaint and memorandum of law in support thereof. This filing is extensive and includes a comprehensive memorandum and appendix containing exhibits. The Defendants are requesting the additional seven (7) day extension so that it may complete

drafting its response to the Motion to Certify a Class. The Defendants submit that the short extension for this one filing will not result in any prejudice to the Plaintiffs.

Wherefore, the Defendants pray that this Motion is granted.

Respectfully Submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 26th of September 2007 to the attorney(s) of record listed below:

**John William Dineen, Esq.**
jwdineen1@yahoo.com

**Jametta O. Alston, Esq.**
jalston@gw.doa.state.ri.us

**Susan Lambiase**
slambiase@childrensrights.org

**Vernon Winters**
vern.winters@weil.com

/s/ Brenda D. Baum

**CERTIFICATION**

I hereby certify that I have mailed, the foregoing document on this 26th of September 2007 to the attorney(s) of record listed below:

Marcia Robinson Lowry, Esq.
Childrens' Rights
330 7th Avenue
4th Floor
New York, NY 10001

/s/ Brenda D. Baum