**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO DISMISS, SUPPORTING MEMORANDUM OF LAW AND EXHIBITS**

Now come the Defendants and request that this Honorable Court permit it to file its Motion to Dismiss the Amended Complaint, supporting memorandum of law and exhibits under seal. The Defendants submit that facts contained in the memorandum of law and supporting exhibits are specific to children in DCYF's custody pursuant to Family Court Orders and are confidential pursuant to R.I. Gen. Laws §§ 8-10-21, 5-37.3-1 *et seq*. and 42-72-8. Moreover, the Defendants will be asking this Honorable Court to take judicial notice of numerous Family Court Orders and Decrees that are confidential pursuant to R.I. Gen. Laws §§ 8-10-21.

Wherefore, the Defendants pray that this Motion is granted and it be permitted to file its Motion to Dismiss the Amended Complaint, supporting memorandum of law and exhibits under seal.

Respectfully Submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 26th of September 2007 to the attorney(s) of record listed below:

**John William Dineen, Esq.**
jwdineen1@yahoo.com

**Jametta O. Alston, Esq.**
jalston@gw.doa.state.ri.us

**Susan Lambiase**
slambiase@childrensrights.org

**Vernon Winters**
vern.winters@weil.com

_____/s/ Brenda D. Baum________

**CERTIFICATION**

I hereby certify that I have mailed, the foregoing document on this 26th of September 2007 to the attorney(s) of record listed below:

Marcia Robinson Lowry, Esq.
Childrens' Rights
330 7th Avenue
4th Floor
New York, NY 10001

___/s/ Brenda D. Baum________