**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | |
| **v.** | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY A CLASS AND APPOINTMENT OF COUNSEL**

Now come the Defendants and request an additional seven (7) days or up to and including October 8, 2007, to respond to Plaintiffs' Motion to Certify a Class and Appointment of Counsel. The Defendants' response is due to be filed on October 1, 2007.

On October 1, 2007 the Defendants will be filing their Motion to Dismiss the Amended Complaint and memorandum of law in support thereof. This filing is extensive and includes a comprehensive memorandum and appendix containing exhibits. The Defendants are requesting the additional seven (7) day extension so that it may complete

Granted nunc pro tunc:
Ronald R. Lagueux
Sr. U.S.D.J. 10/11/07