**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B., by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL ITS MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND ALL SUPPORTING EXHIBITS**

Now come the Defendants, pursuant to Local Rule 102 of the U.S. District Court for the District of Rhode Island, and request that this Honorable Court permit the Defendants to file under seal their Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint and all supporting exhibits.

The Defendants seek to have this Court seal those portions of the Memorandum of Law that describe facts and information pertaining to the ten (10) named Plaintiffs. This information was obtained from Rhode Island Family Court Petitions, Orders, Decrees or Court disposition forms from Plaintiffs' Family Court cases. The Defendants

#21

submit that the information it seeks to have sealed is confidential pursuant to R.I. Gen. Laws §§ 8-10-21, 5-37.3-1 *et seq.*, 40-11-13 and 42-72-8. The Defendants have provided this Court with an unredacted version and redacted version of the Memorandum of Law in Support of their Motion to Dismiss.

Moreover, the Defendants request that this Honorable Court take judicial notice of numerous Family Court Petitions, Orders, Decrees and Court Disposition Forms. These documents comprise Exhibits A through E, inclusive. In fact, Exhibits A through E, inclusive are certified Family Court documents. Exhibit F relates to a Family Court case and was, in fact, filed with the Court. These documents are confidential pursuant to R.I. Gen. Laws § 8-10-21. These documents should be sealed in their entirety and should not be released in redacted format.

Wherefore, the Defendants pray that this Motion is granted and it be permitted to file its Memorandum in Support of their Motion to Dismiss the Amended Complaint and supporting exhibits.

Denied:
Ronald R. Lagueux
Sr. USDJ 10/11/07

Respectfully Submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov