**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Class Action** |
| | ) | **Civil Action No. 1:07-cv-00241-L-LDA** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island and Providence Plantations, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE THEIR RESPONSE AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Now come the Plaintiffs and request an extension of time up to and including November 2, 2007, to respond to Defendants' Motion to Dismiss. The Plaintiffs request the additional time because of the length of Defendants' motion papers and because of the complexity of the issues involved. Defendants' Motion to Dismiss is supported by a 103-page legal memorandum and hundreds of pages of exhibits. Plaintiffs must respond to arguments made under both Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. The requested extension will not prejudice Defendants.

Counsel for Defendants have no objection.

Wherefore, Plaintiffs pray that this Motion is granted.

Dated: October 12, 2007

Respectfully submitted,

/s/ Susan Lambiase____________________
MARCIA ROBINSON LOWRY (Bar No. 1187053 (N.Y.))
(admitted *pro hac vice*)
SUSAN LAMBIASE (Bar No. 2099489 (N.Y.))
(admitted *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, NY 10001
Phone: (212) 683-2210
Facsimile: (212) 683-4015
Email: mlowry@childrensrights.org

JAMETTA O. ALSTON (Bar No. 3909)
CHILD ADVOCATE OF
THE STATE OF RHODE ISLAND
John O. Pastore Center
57 Howard Avenue, Fourth Floor
Cranston, RI 02920
Phone: (401) 222-1690
Facsimile: (401) 222-6652
Email: jalston@doa.state.ri.us

JOHN W. DINEEN (Bar No. 2346)
305 South Main Street
Providence, RI 02903
Phone: (401) 223-2397
Facsimile: (401) 223-2399
Email: jwdineen1@yahoo.com

VERNON M. WINTERS (Bar No. 130128 (Cal.))
(admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA
Phone: (650) 802-3005
Facsimile: (650) 802-3100
Email: vernon.winters@weil.com

## CERTIFICATION

I hereby certify that on October 12, 2007, I electronically mailed the foregoing document to the attorneys of record listed below:

Brenda D. Baum, Esq.
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

James R. Lee, Esq.
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2314
Fax: (401) 222-2995
jlee@riag.ri.gov

Kevin Aucoin, Esq.
Executive Counsel
R.I. Department of Children, Youth & Families
101 Friendship Street
Providence, RI 02903-3716
Tel: (401) 528-3579
Fax: (401) 525-3566
kevin.aucoin@dcyf.ri.gov

Jane Morgan, Esq.
Assistant Director of Legal Services
R.I. Department of Elderly Affairs
Benjamin Rush Building
35 Howard Avenue
Cranston, RI 02920
Tel: (401) 462-0524
Fax: (401 462-0503
jmorgan@dea.state.ri.us

/s/ Susan Lambiase______________________
SUSAN LAMBIASE (Bar No. 2099489 (N.Y.); admitted *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, NY 10001
Phone: (212) 683-2210
Facsimile: (212) 683-4015
Email: slambiase@childrensrights.org