**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory c. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS' MOTION TO STAY ORDER DENYING DEFENDANTS' MOTION TO SEAL FAMILY COURT RECORDS AND PARTS OF MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Now come the Defendants Donald L. Carcieri, in his official capacity as Governor of the State of Rhode Island, Jane Hayward, in her official capacity as Secretary of the Executive Office of Health & Human Services, and Patricia Martinez, in her official capacity as Director of the Department of Children, Youth And Families (hereinafter "State" Defendants), pursuant to Fed. R. of Appellate Procedure 8, and move to Stay this Honorable Court's Order dated October 12, 2007 Denying Defendants' Motion to Seal certain Family Court records and parts of their Memorandum in Support of their Motion

to Dismiss. Respectfully, Defendants ask that said Order be stayed for twenty (20) days so that they can draft and file a Motion for Reconsideration and/or seek pretrial review in the Court of Appeals.

Respectfully submitted

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ James R. Lee
JAMES R. LEE (4305)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2314
Fax: (401) 222-2995
jlee@riag.ri.gov

/s/ Brenda D. Baum
BRENDA D. BAUM (5184)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 15th day of October 2007 to the attorney(s) of record listed below:

**John William Dineen, Esq.**
jwdineen1@yahoo.com

**Jametta O. Alston, Esq.**
jalston@gw.doa.state.ri.us

**Susan Lambiase**
slambiase@childrensrights.org

**Vernon Winters**
vern.winters@weil.com

**Marcia Robinson Lowry**
mlowry@childrensrights.org

**/s/ Brenda D. Baum**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory c. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO STAY ORDER DENYING DEFENDANTS' MOTION TO SEAL FAMILY COURT RECORDS AND PARTS OF MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Now come the Defendants Donald L. Carcieri, in his official capacity as Governor of the State of Rhode Island, Jane Hayward, in her official capacity as Secretary of the Executive Office of Health & Human Services, and Patricia Martinez, in her official capacity as Director of the Department of Children, Youth And Families (hereinafter "State" Defendants), pursuant to Fed. Rules of Appellate Procedure 8, and move to Stay this Honorable Court's Order dated October 12, 2007 denying Defendants' Motion to

Seal certain Family Court records and parts of their Memorandum in Support of their Motion to Dismiss.

Respectfully, Defendants ask that said Order be stayed for twenty (20) days so that they can draft and file a Motion for Reconsideration and/or seek pretrial review in the Court of Appeals. Should this stay be denied the minor unnamed plaintiffs will suffer harm in that their Family Court records, which are confidential as a matter of law, and references to them in said Memorandum, will be public. They will especially be harmed in that the matters that lead to the relevant denial were caused by alleged "next friends" who have no legal appointment over these minors. On the contrary, several minors have been adopted, are not in DCYF custody and have legal parents. All others have legally appointed representatives such as guardians or CASA attorneys who have not joined in this lawsuit.

Thus, no legal representative of any minor has done anything to place these records in a public file and subject these children to public exposure of such confidential matters.

For all of these reasons, Defendants respectfully request the Order Denying sealing records be stayed for at least twenty (20) days.

Respectfully submitted

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ James R. Lee

JAMES R. LEE (4305)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2314
Fax: (401) 222-2995
jlee@riag.ri.gov

/s/ Brenda D. Baum

BRENDA D. BAUM (5184)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 15th day of October 2007 to the attorney(s) of record listed below:

**John William Dineen, Esq.**
jwdineen1@yahoo.com

**Jametta O. Alston, Esq.**
jalston@gw.doa.state.ri.us

**Susan Lambiase**
slambiase@childrensrights.org

**Vernon Winters**
vern.winters@weil.com

**Marcia Robinson Lowry**
mlowry@childrensrights.org

**/s/ Brenda D. Baum**