Case 1:07-cv-00241-L-LDA Document 29 Filed 10/15/2007 Page 1 of 11

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**DEFENDANTS' MOTION FOR RECONSIDERATION TO FILE A REDACTED MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS AND PLACE ALL SUPPORTING EXHIBITS UNDER SEAL**

Now come the Defendants, and seek reconsideration of their Motion to Seal filed on October 1, 2007. The Defendants request that this Court permit it to file a redacted memorandum of law in support of its Motion to Dismiss and place under seal the confidential Family Court petitions, orders, decrees and court disposition forms pertaining to the named Plaintiff Children that have been produced in Exhibits A through E. The Exhibits, Family Court orders, petitions, decrees, etc., are from the Family Court files for Sam and Tony M., Ceasar S., David T., Briana, Alexis, Clare, and Deanna H. and Danny and Michael B. these Family Court Orders contain the Plaintiff children legal

names (pseudonyms are not used in the Family Court documents) and other identifying information. **The Plaintiffs have no objection to the Exhibits being sealed and, in fact, join in this request. The Plaintiffs object to the redaction or sealing of any portion of the memorandum.**

For the reasons set forth in the accompanying memorandum of law, the Defendants pray that this Court reconsider its October 12, 2007 Order denying their Motion to Seal. Wherefore, the Defendants pray that this Motion is granted.

Respectfully submitted

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Granted as to Exhibits only;
Ronald R. Lagueux
Sr. USDJ 10/16/07

/s/ James R. Lee
JAMES R. LEE (4305)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2314
Fax: (401) 222-2995
jlee@riag.ri.gov

/s/ Brenda D. Baum
BRENDA D. BAUM (5184)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov