UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **SAM and TONY M., *et al.*,** <br> **Plaintiffs,** <br> **v.** <br> **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island and Providence Plantations, *et al.*,** <br> **Defendants.** | **Class Action** <br> **Civil Action No. 1:07-cv-00241-L-LDA** |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE THEIR RESPONSE AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Now come the Plaintiffs and request an extension of time up to and including November 2, 2007, to respond to Defendants' Motion to Dismiss. The Plaintiffs request the additional time because of the length of Defendants' motion papers and because of the complexity of the issues involved. Defendants' Motion to Dismiss is supported by a 103-page legal memorandum and hundreds of pages of exhibits. Plaintiffs must respond to arguments made under both Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. The requested extension will not prejudice Defendants.

Counsel for Defendants have no objection.

Wherefore, Plaintiffs pray that this Motion is granted.

Granted: Ronald R. Lagueux
Sr. USDJ 10/15/07