**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Class Action** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island, *et al.*,** | ) | **Civil Action No. 1:07-cv-00241-L-LDA** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Jametta O. Alston Declaration |
| 2 | Appendix |
| 3 | *Olivia Y. v. Barbour*, No. 3:04CV251LN, slip op. (S.D. Miss. Mar. 11, 2005) |
| 4 | Title IV-E Program Instruction ACYF-CB-PI-07-02, Attachment B – Title IV-E State Plan Pre-Print, issued Jan. 23, 2007. |
| 5 | *Douglas v. N.H. Sup. Ct. Prof'l Conduct Comm.*, 187 F.3d 621 (1st Cir. 1998) (unpublished table decision) |
| 6 | *Joseph A. v. N.M. Dep't of Human Servs.*, Civ. 80-623 JC/DJS, slip op. (D.N.M. Jan. 16, 2003) |
| 7 | *Olivia Y. v. Barbour*, No. 3:04CV251LN, slip op. (S.D. Miss. Aug. 29, 2006) |
| 8 | *R.C. v. Hornsby*, No. 88-D-1170-N, slip op. (M.D. Ala. Apr. 19, 1989) |