**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B., by Next Friend Gregory C. Elliott; for themselves and those similarly situated**

**v.** **C.A. No.: 07-241L**

**DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families**

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE ITS REPLY MEMORANDUM

Now come the Defendants and request an additional four (4) days or up to and including November 30, 2007 to file their reply memorandum. The Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint. Plaintiffs filed their Motion and Memorandum of Law in Opposition to the Motion to Dismiss on November 2, 2007. The Defendants request the additional time because of the length of Plaintiffs' opposition memorandum (81 pages) and prior commitments in both Federal and State court cases. Additionally, the undersigned counsel has been ill during the period of the prior extension. Counsels for the Plaintiffs have no objection.

Wherefore, the Defendants pray that this Motion is granted.

Granted: Ronald R. Lagueux
Sr. USDJ 11/20/07