**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated**

**v.** **C.A. No.: 07-241L**

**DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families**

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF REPLY MEMORANDUM**

Now come the Defendants, pursuant to Local Rule 102 of the U.S. District Court for the District of Rhode Island, and request that this Honorable Court permit the Defendants to file under seal the attached exhibits in support of their Reply Memorandum.

The Defendants request that this Honorable Court accept under seal the Exhibits in Support of their Reply Memorandum. The documents are certified copies obtained from Family Court. The documents were filed with the Family Court by the Department of Children, Youth and Families in the cases of the named Plaintiffs. These documents consist of case plans, petitions and court orders that contain the legal names of the

42

Plaintiff Children, names of other individuals involved in the care of the children and refer to personal and health care information information. These documents are confidential pursuant to R.I. Gen. Laws §§ 8-10-21, 5-37.3-1 *et seq.*, and 42-72-8. The Defendants request that this Court accept the entire documents and should not be released in redacted or un-redacted form.

The Plaintiffs' counsels have been provided with copies of the records pursuant to Rule 102. Plaintiffs' counsels have no objection to redacting the names of the individuals in the documents; however, object to the documents being sealed in their entirety.

Wherefore, the Defendants pray that this Motion is granted and they be permitted to file the full documents under seal.

Respectfully Submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have sent the foregoing document on this 29th day of November 2007 to the attorneys of record listed below:

Attorney Jametta O. Alston
Child Advocate
John O. Pastore Complex
57 Howard Avenue
4th Floor
Providence, RI 02920

John W. Dineen, Esq.
305 South Main Street
Providence, RI 02903

Attorney Marcia Robinson Lowry
Attorney Susan Lambiase
Children's Rights
330 Seventh Avenue
Fourth Floor
New York, New York 10001

Vernon M. Winters, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA

[signature]