# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KENNY A., by his next friend, Linda Winn; et al., | ) | |
| Plaintiffs, | ) | |
| -versus- | ) | Civil Action No. 1: 02-CV-1686-MHS |
| ROY BARNES, in his official capacity as Governor of the State of Georgia; et al., | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR THE SUBSTITUTION OF A NEXT FRIEND

Pursuant to Federal Rule of Civil Procedure 17(c), Plaintiffs respectfully move this Court for an Order permitting the substitution of Roslyn M. Satchel as the Next Friend for Named Plaintiff Priscilla G., in the place of the current Next Friend, Marilyn Weaver.

Named Plaintiff Priscilla G. is a minor and a real party in interest who cannot pursue her own case. Next Friend Marilyn Weaver has requested to withdraw and is not available to continue as the Next Friend for Priscilla G. Ms. Satchel is familiar with the circumstances surrounding Priscilla G. Ms. Satchel is

willing to serve as Priscilla's Next Friend and is dedicated to representing her best interests throughout this lawsuit.

With this Motion, Plaintiffs file a Memorandum of Law in Support and a Proposed Order for the Substitution of a Next Friend. Plaintiffs meet the statutory and other legal requirements to obtain this substitution, as is more fully demonstrated in the Memorandum of Law filed herewith.

WHEREFORE, Plaintiffs respectfully request the formal substitution of Roslyn M. Satchel in the stead of Marilyn Weaver as Next Friend to Priscilla G.

DATED: October 18, 2002

Respectfully Submitted,

By: ______________________________

Marcia Robinson Lowry
Ira P. Lustbader
Jeffrey K. Powell
Sarah B. Hechtman
(*Admitted pro hac vice*)
CHILDREN'S RIGHTS, INC.
404 Park Avenue South
11th Floor
New York, NY 10016
(212) 683-2210

By: ______________________________

Don Keenan
Georgia Bar No. 410650
KEENAN KIDS' LAW CENTER
148 Nassau Street, N.W.
Atlanta, GA 30303
(404) 523-2200

**COUNSEL FOR PLAINTIFFS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KENNY A., by his next friend, Linda Winn; et al., | ) | |
| Plaintiffs, | ) | |
| -versus- | ) | **Civil Action No. 1: 02-CV-1686-MHS** |
| ROY BARNES, in his official capacity as Governor of the State of Georgia; et al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR THE SUBSTITUTION OF A NEXT FRIEND**

INTRODUCTION

Pursuant to Fed. R. Civ. P. 17(c), each of the Named Plaintiffs in this litigation is represented by a "Next Friend," an adult who represents the interests of that child in this litigation. Plaintiffs move to substitute Roslyn M. Satchel as Next Friend for Named Plaintiff Priscilla G., replacing the current Next Friend, Marilyn Weaver, who has requested to withdraw as Next Friend. A proposed Order for the Substitution of a Next Friend is submitted with this Memorandum of Law.

ARGUMENT

Named Plaintiff Priscilla G., a minor and a real party in interest in this action, is precluded because of her age from appearing on her own behalf to pursue this action.[1] As outlined below, Roslyn M. Satchel, the proposed substitute Next Friend, is sufficiently dedicated to Priscilla G.'s best interest and to pursuing this action through its final disposition. Accordingly, the requested substitution should be granted. See Lofton v. Kearney, 157 F. Supp.2d 1372, 1376 n. 4 (S.D. Fla. 2001) (citing Ford v. Haley, 195 F.3d 603 (11th Cir. 1999)); Gonzalez v. Reno, 86 F. Supp.2d 1167, 1184-1186 (S.D. Fla. 2000), aff'd 212 F.3d 1338 (11th Cir. 2000).

Marilyn Weaver is the original Next Friend to Named Plaintiff Priscilla G., and she was named in this action when the Complaint was filed on June 6, 2002. Ms. Weaver works at a day care center for infants and toddlers that Priscilla G. attended while in foster care.

Recently, Ms. Weaver requested to withdraw as Next Friend for Priscilla G. Plaintiffs propose to substitute Ms. Weaver with Ms. Satchel.

Ms. Satchel resides in Decatur, Georgia. Ms. Satchel is an attorney awaiting notification of her admission to the bar. Ms. Satchel is currently a Soros Justice

---

[1] As alleged in the Complaint, Priscilla G. is a foster child in government custody in DeKalb County and alleges various claims in this action, including a claim asserted on behalf of herself and other similarly situated African-American children that her federal statutory and state constitutional rights to not have her adoption delayed or denied on the basis of race are being violated. See e.g., Complaint at ¶¶ 164-169; 219-223.

Postgraduate Fellow at the Southern Center for Human Rights, located in Atlanta, Georgia. As a Soros Fellow, Ms. Satchel works to curb excessive and inappropriate use of juvenile detention for young women and to minimize its effects through legal action and public education. Through her work, Ms. Satchel has become very familiar with the current operations of the Georgia State Department of Human Resources, the Georgia State Division of Family and Children Services, and the DeKalb County Department of Family and Children Services.

Prior to becoming a Soros Fellow, Ms. Satchel worked during the summer of 2000 as a legal intern at the Fulton County Juvenile Court. During her internship, Ms. Satchel served as a Child Advocate during pre-trial and in-court proceedings in deprivation and abuse cases, and her responsibilities included advocating for the best interests of children in Probable Cause, Protective Order, Rule Nisi, Termination of Parental Rights, and other formal hearings.

Ms. Satchel is familiar with Priscilla G.'s circumstances while in foster care and her claims in this case. Ms. Satchel is thus well suited to representing the best interests of the Named Plaintiff Priscilla G.

The substitution of Ms. Satchel for Ms. Weaver will ensure that Priscilla G.'s interests are protected and effectively represented throughout the litigation. Further, this substitution will assure continuity in Named Plaintiff Priscilla G.'s

representation, and it will have no adverse effect on the timely prosecution of the litigation, due to Ms. Satchel's familiarity with the claims being asserted.

CONCLUSION

For all the foregoing reasons, Plaintiffs' Motion for the Substitution of a Next Friend should be granted.

DATED: October 18, 2002

Respectfully Submitted,

By: ______________________________
Marcia Robinson Lowry
Ira P. Lustbader
Jeffrey K. Powell
Sarah B. Hechtman
(*Admitted pro hac vice*)
CHILDREN'S RIGHTS, INC.
404 Park Avenue South
11th Floor
New York, NY 10016
(212) 683-2210

By: ______________________________
Don Keenan
Georgia Bar No. 410650
KEENAN KIDS' LAW CENTER
148 Nassau Street, N.W.
Atlanta, GA 30303
(404) 523-2200

**COUNSEL FOR PLAINTIFFS**

4months, APPEAL, EXH, LTDREF, PROTO

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:02-cv-01686-MHS

A., et al v. Barnes, et al
Assigned to: Judge Marvin H. Shoob
Demand: $0
Case in other court: usca, 06-15514-A
usca, 06-15514-A
SUPERIOR CT/FULTON, 2002-CV-54182
Cause: 28:1443(1)Removal from State Court - Civil Rights

Date Filed: 06/19/2002
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Kenny A.**
*by his next friend Linda Winn*

represented by

**Corey Fleming Hirokawa**
Bondurant Mixson & Elmore
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: hirokawa@bmelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel W.E. Holt**
Children's Rights, Inc.
330 7th Avenue
4th Floor
New York, NY 10001
212-683-2210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik S. Pitchal**
Suffolk University Law School
Clinical Programs
Suite 190
120 Tremont Street
Boston, MA 02108
617-305-1641
Email: epitchal@suffolk.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ira P. Lustbader**

| | | |
|---|---|---|
| 10/18/2002 | 64 | RESPONSE by plas to State Defts' [61-1] motion for reconsideration and [61-2] for clarification of [60-1] order granting plas' request for motion to compel. (er) (Entered: 10/21/2002) |
| 10/18/2002 | 65 | ORDER by Judge Marvin H. Shoob GRANTING [63-1] plas' motion for the substitution of a next friend; Roslyn M. Satchel is substituted for Marilyn Weaver as Next Friend for Priscilla G. (cc) (er) (Entered: 10/21/2002) |
| 10/31/2002 | 66 | ORDER by Judge Marvin H. Shoob, directing the parties to consult regarding the issues raised to reach agreement; any matters that cannot be resolved by agreement, the Court DIRECT plas to file a motion by 4:00p.m., 11/4/02, setting forth each unresolved issue and stating plas' proposed resolution; Dfts shall have until 3:00 p.m., 11/7/02, to file their response. [66-1] order to be submitted on 11/7/02 (cc) (er) (Entered: 10/31/2002) |
| 10/31/2002 | 76 | Application for admission of Erik S. Pitchal pro hac vice for plas. Fee Paid - Receipt # 496614. (to: MHS) (er) (Entered: 11/07/2002) |
| 11/04/2002 | 67 | RESPONSE by dft DeKalb County to plas' [50-1] motion for preliminary injunction (er) (Entered: 11/05/2002) |
| 11/04/2002 | 68 | RESPONSE by dft Fulton County to plas' [50-1] motion for preliminary injunction (er) (Entered: 11/05/2002) |
| 11/04/2002 | 69 | Notice of Attorney appearance for defts Roy Barnes, Department of Human, James Martin, Family & Children Sv, Beverly Jones, DeKalb County DFCS, Wayne Drummond by Mark Howard Cohen (er) (Entered: 11/05/2002) |
| 11/04/2002 | 70 | MOTION by State Defts to dismiss with brief in support. (er) (Entered: 11/05/2002) |
| 11/04/2002 | 71 | MOTION by State Defts to exceed page limitation for brief in support of their motion to dismiss with brief in support. (er) (Entered: 11/05/2002) |
| 11/04/2002 | 72 | BRIEF by State Defts in opposition to plas' [50-1] motion for preliminary injunction. (er) (Entered: 11/05/2002) |
| 11/04/2002 | 73 | EXHIBITS in support of State Defts' brief in opposition to plas' motion for preliminary injunction. (er) (Entered: 11/05/2002) |
| 11/04/2002 | 74 | MOTION by plas in limine in connection with hearing on motion for preliminary injunction with brief in support. (er) (Entered: 11/05/2002) |
| 11/04/2002 | 75 | Notice of filing VOL IV (Exhibits 80-98) by plas in support of motion in limine and in further support of motion for preliminary injunction. (*** UNDER SEAL ***) (er) (Entered: 11/06/2002) |
| 11/05/2002 | 77 | SUPPLEMENT TO INITIAL DISCLOSURES by State Defts. (er) Modified on 11/07/2002 (Entered: 11/07/2002) |
| 11/06/2002 | 78 | MOTION by dft DeKalb County to dismiss with brief in support. (er) (Entered: 11/07/2002) |
| 11/06/2002 | 79 | Attorney appearance for plaintiff s by Jeffrey O. Bramlett and Corey Fleming Hirokawa (er) (Entered: 11/07/2002) |