# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNY A., by his next friend Linda Winn, et al., Plaintiffs, v. SONNY PERDUE, et al., Defendants. | CIVIL ACTION NO. 1:02-CV-1686 (MHS) |

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF NEXT FRIEND

Pursuant to Federal Rule of Civil Procedure 17(c), Plaintiffs respectfully move this Court for an Order permitting the substitution of Linda Pace as the Next Friend for Named Plaintiff Kara B., in the place of the current Next Friend, Rosa Davis.

Next friend Rosa Davis has requested to withdraw and is not available to continue as the Next Friend for Kara B. Linda Pace is familiar with the circumstances surrounding Kara B., is dedicated to representing her best interests, and is willing to serve as her Next Friend in this lawsuit. Named Plaintiff Kara B. is a minor and real party in interest, and she cannot pursue her own case.

With this Motion, Plaintiffs have filed a Memorandum of Law in Support and Plaintiffs' Proposed Order for the Substitution of Next Friend (attached as Exhibit A

to the Memorandum of Law).

Plaintiffs meet the statutory and other legal requirements to obtain this substitution, as is more fully demonstrated in the Memorandum of Law filed herewith.

WHEREFORE, Plaintiffs respectfully request the formal substitution of Linda Pace in the stead of Rosa Davis as Next Friend to Kara B.

Dated: July 23, 2004
Atlanta, GA

Respectfully Submitted,

______________________________
Jeffrey O. Bramlett, Georgia Bar No. 075780
Gordon L. Hamrick, Georgia Bar No. 322075
BONDURANT, MIXON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
Tel. (404) 881-4100
Fax. (404) 881-4111

______________________________
Marcia Robinson Lowry, pro hac vice
Ira P. Lustbader, pro hac vice
Erik S. Pitchal, pro hac vice
CHILDREN'S RIGHTS
404 Park Ave. South, 11th Floor
New York, NY 10016
Tel. (212) 683-2210
Fax (212) 683-4015

COUNSEL FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNY A., by his next friend Linda Winn, et al.,<br>Plaintiffs,<br>v.<br>SONNY PERDUE, et al.,<br>Defendants. | CIVIL ACTION NO. 1:02-CV-1686 (MHS) |

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION OF NEXT FRIEND

INTRODUCTION

Pursuant to Federal Rule of Civil procedure 17(c), the interests of each of the minor Named Plaintiffs in this litigation are represented by an adult Next Friend. Plaintiffs now move to substitute Linda Pace as Next Friend for Kara B., in the place of Kara's current Next Friend, Rosa Davis. Ms. Davis requests to withdraw as Next Friend. A proposed Order for the Substitution of Next Friend is attached to this Memorandum of Law as Exhibit A.

ARGUMENT

Named Plaintiff Kara B., a minor and real party in interest in this action, is

precluded, because of her age, from pursuing her own case.[1] Linda Pace, the proposed substituted Next Friend, is dedicated to protecting Kara's best interests and to pursuing this action through its final disposition. Accordingly, the requested substitution should be granted. See Ford v. Healy, 195 F.3d 603, 624 (11th Cir. 1999).

Kara B.'s current Next Friend, Rosa Davis, has served in that role since this action was filed on June 6, 2002. Recently, however, Ms. Davis has requested to withdraw as Next Friend.

Plaintiffs propose to substitute Linda Pace as Kara's Next Friend. Since this action was filed, Ms. Pace has served as Next Friend to two other Named Plaintiffs in this action, Maya C. and Briana H. As such, she has already amply demonstrated her commitment to protecting the best interests of minor children in the custody of Defendant DeKalb DFCS, and her service has Next Friend has never been challenged. Additionally, Ms. Pace has been a juvenile public defender in DeKalb County since 1980, making her quite familiar with and skilled in advocating for minors in state custody. She is dedicated to protecting and advocating for the best interests of Kara B. in this litigation.

The substitution of Ms. Pace for Ms. Davis will ensure that Kara's interests are

---

[1]As alleged in the First Amended Complaint, Kara is a child legally free for adoption and is in the custody of Defendant DeKalb DFCS. See First Amended Complaint at ¶ 117. She was 14 years old at the time the Complaint was filed and will be 17 on August 15, 2004. She alleges violations of her constitutional, statutory, and contractual rights. See First Amended Complaint at ¶¶ 117-125; 183-211; 215-19; 225-30.

protected and effectively represented throughout the duration of this litigation, and will assure continuity of representation of those interests. With her substitution, there will be no adverse effect on the timely prosecution of this action.

## CONCLUSION

For all the foregoing reasons, Plaintiffs' motion for the substitution of Next Friend should be granted.

Dated: July 23, 2004
Atlanta, GA

Respectfully Submitted,

______________________________
Jeffrey O. Bramlett, Georgia Bar No. 075780
Gordon L. Hamrick, Georgia Bar No. 322075
BONDURANT, MIXON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
Tel. (404) 881-4100
Fax. (404) 881-4111

______________________________
Marcia Robinson Lowry, pro hac vice
Ira P. Lustbader, pro hac vice
Erik S. Pitchal, pro hac vice
CHILDREN'S RIGHTS
404 Park Ave. South, 11th Floor
New York, NY 10016
Tel. (212) 683-2210
Fax (212) 683-4015

COUNSEL FOR PLAINTIFFS

ORIGINAL

FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

AUG 1 0 2004

LUTHER D. THOMAS, Clerk
By: J. Reed Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KENNY A., by his next friend Linda Winn, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:02-CV-1686 (MHS) |
| SONNY PERDUE, et al., | ) | |
| Defendants. | ) | |

## ORDER FOR THE SUBSTITUTION OF NEXT FRIEND

This matter is before the Court on the Plaintiffs' Motion for the Substitution of Next Friend. Having considered the Plaintiffs' Motion, the Court hereby GRANTS the Motion.

Linda Pace is substituted for Rosa Davis as Next Friend for Kara B.

IT IS SO ORDERED.

This 10 day of ~~July~~ Aug, 2004.

Marvin H. Shoob, Judge
United States District Court