**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAM and TONY M., by Next Friend Gregory C. Elliot; CEASER S., by Next Friend Kathleen J. Collins; DAVID T., by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE and DEANNE H., by Next Friend Gregory C. Elliott; and DANNY and MICHAEL B. , by Next Friend Gregory C. Elliott; for themselves and those similarly situated** | : | |
| **v.** | : | **C.A. No.: 07-241L** |
| **DONALD L. CARCIERI, in his official capacity as Governor of the State of Rhode Island; JANE HAYWARD, in her official capacity as Secretary of the Executive Office of Health & Human Services; and PATRICIA MARTINEZ, in her official capacity as Director of the Department of Children, Youth and Families** | : | |

**ORDER**

This case came before this Honorable Court on March 27, 2008 in the nature of Defendants' Motion to Strike the Exhibits attached to Plaintiffs' Supplemental Memorandum. After argument thereon, it is hereby

ORDERED, ADJUDGED and DECREED

1. By agreement of the parties, the Defendants' Motion to Strike Plaintiffs' Exhibits is granted.

ENTER[redacted]:

Ronald R. Lagueux

Sr Judge Ronald R. Lagueux

4/23/08

Date

PER ORDER:

[redacted] Clerk

4-24-08

Date