UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CASSIE M., et al.

        v.                                                                                  CA 07-241 ML

LINCOLN D. CHAFEE, in his official
capacity as Governor of the State of
Rhode Island, et al.

## ORDER

      This matter is before the Court on Plaintiffs' appeal from a Memorandum and Order of Magistrate Judge Almond issued on December 17, 2012 (Docket #230). Since the Magistrate Judge's ruling pertains to non-dispositive matters, this Court is constrained to uphold his ruling unless it is clearly erroneous and/or contrary to law. 28 U.S.C. 636(b)(1)(A).

      This case has been pending in this Court for some time. As Magistrate Judge Almond observed, Plaintiffs and Defendants have very different views of how the litigation shall proceed. This Court and Magistrate Judge Almond have consistently and clearly conveyed to the parties that, in the interest of judicial economy, the focus of the litigation at this point is on the claims of the individual named Plaintiffs. Only after adjudication of dispositive motions as to those claims will the Court consider certification of a class.

      Accordingly, since the Magistrate Judge's ruling is not clearly erroneous or contrary to law, and because it is designed to promote resolution of the individual Plaintiffs' claims, this Court DENIES and DISMISSES Plaintiffs' appeal.


SO ORDERED:


/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 12, 2013