UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
ANDREW C., by Next Friend Gregory   )
C. Elliott; MATTHEW R., by Next     )
Friend Elaine Macintosh; and        )
SEAN M., by Next Friend Elaine      )
Macintosh; for themselves and       )
those similarly situated,           )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   C.A. No. 07-241 WES
                                    )
DANIEL McKEE, in his official       )
capacity as Governor of the State   )
of Rhode Island; WOMAZETTA JONES,   )
in her official capacity as         )
Secretary of the Executive Office   )
of Health & Human Services; and     )
KEVIN AUCOIN, in his official       )
capacity as Acting Director of the  )
Department of Children, Youth &     )
Families,                           )
                                    )
            Defendants.             )
_____ )

**ORDER**

WILLIAM E. SMITH, District Judge.

   Pursuant to Defendants' Notice of Exit from Sections 2, 3, and 9 of the Settlement Agreement, see ECF No. 610, and having heard no objection from Plaintiffs, the Court confirms the Notice of Exit from Sections 2, 3, and 9 of Settlement Agreement, ECF No. 586-1.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
District Judge
Date: March 26, 2021