UNITED STATE DISTRICT COURT DISTRICT OF RHODE
ISLAND

| | | |
|---|---|---|
| ANDREW C., *by Next Friend* Gregory C. Elliott; MATTHEW R. *by Next Friend* Elaine Macintosh; and SEAN M. *by Next Friend* Elaine Macintosh; *for themselves those similarly situated*, | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | C.A. No. 1:07-cv-241-WES-PAS |
| DANIEL J. McKEE, *in his official capacity as Governor of the State of Rhode Island;* WOMAZETTA JONES, *in her official capacity as Secretary of the Executive Office of Health & Human Services; and* KEVIN AUCOIN, *in his official capacity as Acting Director of the Department of Children, Youth & Families,* | ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## STATE DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

Now come Daniel J. McKee in his official capacity as Governor of the State of

Rhode Island, Womazetta Jones, in her official capacity as Secretary of the Executive

Office of Health and Human Services and Kevin Aucoin, in his official capacity as

Acting Director of the Department of Children, Youth and Families (hereinafter

"State Defendants") and object to Children's Rights Motion for Attorneys' Fees (ECF

613).  For the reasons set forth in the accompanying memorandum of law, the State

Defendants pray that Children's Rights' Motion for Attorneys' Fees (ECF No. 613) is

denied or, in the alternative, substantially reduced in accordance with the controlling

case law.

Respectfully Submitted,

STATE DEFENDANTS

By  Their Attorney,

PETER F. NERONHA
ATTORNEY GENERAL


*/s/ Brenda D. Baum*
_____
BRENDA D. BAUM (5184)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov




<u>CERTIFICATION</u>


I, the undersigned, hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading.  I have also caused a copy to be sent via the ECF system to the following attorneys of record on this 17th day of November 2021.

*/s/ Brenda D. Baum*