# EXHIBIT 3

UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW C., *by Next Friend* Gregory C. Elliott; MATTHEW R. *by Next Friend* Elaine Macintosh; and SEAN M. *by Next Friend* Elaine Macintosh; *for themselves those similarly situated*,<br><br>    Plaintiffs<br><br>v.<br><br>DANIEL J. McKEE, *in his official capacity as Governor of the State of Rhode Island;* WOMAZETTA JONES, *in her official capacity as Secretary of the Executive Office of Health & Human Services; and* KEVIN AUCOIN, *in his official capacity as Acting Director of the Department of Children, Youth & Families,*<br><br>    Defendants | C.A. No. 1:07-cv-241-WES-PAS |

## **DECLARATION OF BRENDA D. BAUM**

I, Brenda D. Baum, hereby declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following facts are true and accurate to the best of my knowledge and belief.

1. I am an Assistant Attorney General with the Rhode Island Office of the Attorney General.

2. I currently hold the position of Deputy Chief, Civil Division in the Rhode Island Office of the Attorney General.

3. I have been an attorney in the Office of the Attorney General since July, 1997.

4. I am a member of the bar of Rhode Island. I am member of the bar of this United States District Court. I am on inactive status with the bar of Massachusetts.

5. I have been a counsel of record for the State Defendants in this case since it was filed with this United States District Court in 2007.

6. On October 31, 2018 I sent an email to Attorney Samantha Bartosz of Children's Rights with a copy of the State of Rhode Island, Department of Children, Youth and Families' contract with PCG to serve as the data validator. The contract was sent as attachments to the email.

7. In February 2019 I was advised by PCG Senior Legal Counsel David Hartnagel that the draft qualitative case review methodology document created by PCG was a confidential working document.

8. I was advised by PCG Senior Legal Counsel Hartnagel that I could provide Attorney Samantha Bartosz and Children's Rights with a copy of the draft qualitative case review methodology document created by PCG if they agreed to maintain this document confidentially and not subject to secondary disclosure.

9. On February 11, 2019 I advised Attorney Bartosz by email that the draft qualitative case review methodology document created by PCG is a confidential working document and with her agreement to maintain this document confidentially and not subject to secondary disclosure, I could provide her with a copy.

10. On February 14, 2019 I receive an email from Attorney Bartosz providing her agreement and the agreement of Children's Rights to handle the document confidentially.

11. On February 27, 2019 I sent the the draft qualitative case review methodology document created by PCG to Attorney Bartosz in an attachment to an email.

*/s/ Brenda D. Baum, AAG*

_____

Brenda D. Baum
Assistant Attorney General
R.I. Office of the Attorney General

Date: November 17, 2021