# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW C., by his next friend GREGORY ELLIOTT, for himself and those similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL MCKEE, in his official capacity as Governor of the State of Rhode Island, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-00241-WES-PAS |

## [~~PROPOSED~~] ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES INCURRED JANUARY 1, 2020 THROUGH JUNE 30, 2021

The Court, having considered the Parties' Joint Motion for Approval of Settlement Regarding Plaintiffs' Motion for Attorneys' Fees Incurred January 1, 2020 through June 30, 2021, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. The Court finds that the Parties' settlement of Plaintiffs' claim for attorneys' fees for the period January 1, 2020 through June 30, 2021 is fair, reasonable, and adequate, pursuant to Fed. R. Civ. P. 23 and 42 U.S.C. § 1988;

2. The parties agree that this resolution is a negotiated settlement and is not dispositive of arguments with respective to future fee requests;

3. The Court approves the Parties' settlement agreement that Plaintiffs shall be awarded $72,570.18 in compensation for their post-judgment monitoring activities in this action during said period;

4. Defendants shall make full payment of the settlement amount of $72,570.18 to Plaintiffs; and

5. Neither Plaintiffs nor Plaintiffs' counsel will recover any additional fees, costs, expenses, or expenditures of any kind from Defendants for the period January 1, 2020 through June 30, 2021 or the work prior to, during or any way associated with this motion for fees or the negotiation thereof under any federal or state rule, statute, law, regulation or the like, including but not limited to Fed. R. Civ. P. 23 or 42 U.S.C. § 1988, or under the Settlement Agreement (ECF No. 586-1).

_____
Honorable William E. Smith
United States District Judge

Dated June 27, 2022